IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PEACE ELLUVASUN ALLAH )
CUSH-EL, )
　　　　　　　　　　　　　　　)
　　　　　Plaintiff, )
　　　　　　　　　　　　　　　)
　　v. )　　1:21CV337
　　　　　　　　　　　　　　　)
STATE OF MISSOURI INC., et al., )
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　Defendants. )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 30, 2021, was served on the parties in this action. (Docs. 4, 5.) Plaintiff filed a motion to amend as well as objections to the Recommendation. (Docs. 6, 8.)

The court has appropriately reviewed the motion to amend and portions of the Magistrate Judge's report to which objections were made and has made a *de novo* determination in accord with the Magistrate Judge's report. The motion to amend fails to correct the defects identified in the Recommendation. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new action, on the proper forms and in a proper district, which

corrects the defects of the current complaint and is accompanied by the applicable $402.00 filing fee.

/s/ Thomas D. Schroeder<br>United States District Judge

May 19, 2021